Aaron M. Katz, *Pro Hac Vice*
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAUREEN CHRISTY,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXACT SCIENCES CORPORATION and EXACT SCIENCES LABORATORIES, LLC,<br><br>    *Defendant*. | Case No. 3:25-cv-747 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Aaron M. Katz of Aaron Katz Law LLC, respectfully move for my admission *pro hac vice* as counsel for plaintiff Maureen Christy in this matter. I certify that I am an attorney in good standing of the Supreme Judicial Court of Massachusetts (BBO #662457), as well as the U.S. District Court for the District of Massachusetts, the U.S. District Court for the Eastern District of Michigan, the U.S. Court of Appeals for First Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court. I have never been subject to any discipline by any court or any bar, nor have I ever been denied *pro hac vice* admission by any court. I certify that I am familiar with and will follow the Local Rules of this Court.

Dated: September 4, 2025                    Respectfuly Submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

Counsel for Plaintiff Maureen Christy